RECEIVED

APR 2 3 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JARED P. KOURIS | CIVIL ACTION NO. 12-cv-1339 |
| VERSUS | JUDGE WALTER |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 36)** filed by LeBlanc, Batson, and Ray is **granted** and all claims against them are **dismissed with prejudice.**

**IT IS FURTHER ORDERED** that all claims against Sergeant Posey are **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___23___ day of ___April___, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE